COMMONWEALTH of Pennsylvania, Respondent

v.

Donald SAVAGE, Petitioner

No. 160 EAL 2017

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Alisha GAMBRELL, Petitioner

No. 83 EAL 2017

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Imanuel Y. FORBES, Petitioner

No. 82 EAL 2017

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**